# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JAMES E. ROLLINS, JR., ) | |
| ) | |
| Petitioner/Defendant, ) | |
| ) | CIVIL NO. 08-cv-665-DRH |
| vs. ) | |
| ) | CRIMINAL NO. 05-cr-30133 |
| UNITED STATES of AMERICA , ) | |
| ) | |
| Respondent/Plaintiff. ) | |

## MEMORANDUM AND ORDER

**HERNDON, Chief Judge:**

This matter is before the Court on Petitioner's motion for relief pursuant to 28 U.S.C. § 2255. Petitioner was found guilty on two counts involving the possession and distribution of cocaine. On September 24, 2007, he was sentenced to 121 months imprisonment, eight years supervised release, a fine of $1000, and a special assessment of $200. No direct appeal was filed, allegedly due to counsel's failure or refusal to file an appeal. Subsequently, Petitioner filed the instant motion under § 2255. In this motion the Petitioner raises numerous grounds for relief based upon ineffective assistance of counsel, denial of due process, prosecutorial misconduct, judicial error, and sufficiency of the evidence.

The Court **ORDERS** the Government to file a response to Petitioner's motion within **THIRTY (30) DAYS** of the date of this Order. The Government shall, as part of its response, attach all relevant portions of the record.

Petitioner's motion for leave to proceed *in forma pauperis* (Doc. 2) is **GRANTED**.

**IT IS SO ORDERED.**

**DATED:   December 17, 2008.**

                                            /s/      DavidRHerndon
                                            **CHIEF JUDGE**