IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**JAMES E. ROLLINS, JR.,**

    **Petitioner,**

**v.**

**UNITED STATES OF AMERICA,**

    **Respondent.**                    **Case No. 08-cv-665-DRH**

## ORDER

**HERNDON, Chief Judge:**

      In the Court's December 28, 2010 Order (Doc. 16), the Court set several issues raised in Petitioner's Motion to Vacate, Set Aside, or Correct Sentence, pursuant to 28 U.S.C. § 2255 (Doc. 1), for an evidentiary hearing, to be held on March 2, 2011, at 10:00 a.m. (*see also* Doc. 17 - notice of hearing).  So that Petitioner, who has been acting *pro se*, may be represented for this hearing, the Court hereby **APPOINTS** attorney **James A. Bax** of the law firm **Boyle Brasher LLC**, St. Louis, Missouri, to serve as Petitioner's counsel, in a *pro bono* capacity.  Mr. Bax's representation shall be for the purposes of this hearing only, and not for any

subsequent post-judgment motions or appeals.

**IT IS SO ORDERED**.

Signed this 14th day of January, 2011.

David R. Herndon
2011.01.14 10:04:23
-06'00'

**Chief Judge
United States District Court**