# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

**JAMES E. ROLLINS, JR.**

**Petitioner,**

v.

**UNITED STATES OF AMERICA,**

**Respondent.**  No. 08-CV-665-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter came before the Court on petitioner, James Rollins's, motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255.

**IT IS ORDERED AND ADJUDGED** that pursuant to the orders entered by this Court on December 28, 2010 and August 21, 2011 the petition is **DENIED** in its entirety and this case is **DISMISSED** with prejudice.-------------------------------------

                                       **NANCY J. ROSENSTENGEL,**
                                       **CLERK OF COURT**

                                       **BY:**       **/s/*Sandy Pannier***
                                                  **Deputy Clerk**

Dated: August 22, 2011

Digitally signed by David R. Herndon
Date: 2011.08.22 14:17:47 -05'00'

APPROVED:
              CHIEF JUDGE
              U. S. DISTRICT COURT